# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN SERRANO-RAMIREZ, | : | Civil No. 1:20-cv-0070 |
| Petitioner, | : | |
| v. | : | |
| Warden CLAIR DOLL., | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

For the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Serrano-Ramirez's petition for writ of habeas corpus is **DENIED WITHOUT PREJUDICE** to his right to seek relief by filing another petition should his detention become arbitrary or unreasonable.

2. The Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania

Dated: May 26, 2020